UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL VENCATASAWMY,

    Plaintiff,

v.                                  Case No. 3:16cv247/MCR/CJK

DR. CARTER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On September 27, 2016, the court entered an order (doc. 14) granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial partial filing fee of $20.00, to be paid within 30 days. To date, plaintiff has not complied with the order and has not responded to the November 14, 2016 order (doc. 15) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with an order of the court.[1]

---

[1] The order to show cause was originally mailed to plaintiff at his address of record, but was returned as undeliverable (doc. 16). The order was re-mailed to plaintiff on December 16, 2016, (doc. 17), upon the court ascertaining plaintiff's current address. The re-mailed order was not returned.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 19th day of January, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.